IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

Residential Warranty Company, LLC
et al.

        Plaintiffs,

v.

Potterhill Homes, LLC

        Defendants.

Case No. 1:16-CV-814

Magistrate Judge Karen L. Litkovitz

## ORDER

AND NOW, this **5th** day of **Sept.** 2017, upon consideration of the Plaintiff's Notice of Settlement made pursuant to Local Rule 7.2(c)(2) it is hereby ORDERED and DECREED that:

1. The Parties shall finalize their settlement no later than SIXTY (60) DAYS after the date of entry of this Order;

2. The Court shall retain jurisdiction of this matter as to all matters, controversies and disputes, if any, relating to the Parties' mutual settlement; and

3. This action shall be DISMISSED WITH PREJUDICE without costs to any Party SIXTY (60) DAYS after the date of entry of this Order in the absence of any subsequent Order(s) of this Court to the contrary.

BY THE COURT:

*Karen L. Litkovitz*
Karen L. Litkovitz, U.S.M.J.